```
John R. Till  SBN 178763
Bret A. Stone  SBN 190161
Brian R. Paget  SBN 168694
Paladin Law Group® LLP
1176 Boulevard Way, Suite 200
Walnut Creek, California 94595
Phone: (925) 947-5700
Fax: (925) 935-8488

Counsel for Plaintiff
GREEN VALLEY CORPORATION
```

**E-Filed 3/24/2010**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CALDO OIL COMPANY, et al.,<br><br>　　　　　　　　Defendants. | No. C 09-4028 JF<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Civil L.R. 16-2(e), 7-12<br><br><u>Case Management Conference</u>:<br>Judge Fogel<br>Courtroom 3<br>March 26, 2010<br>10:30 a.m. |

**Introduction**

The parties stipulate to and jointly request a further brief continuance of the Case Management Conference currently set for this Friday, March 26, 2010, at 10:30 a.m. in Courtroom 3.

**Why a Continuance is Necessary**

The Court will recall that Defendants Caldo Oil Company, Victor LoBue and the Victor LoBue Trust (the "Caldo defendants') had not waived service and had not yet been served as of January 22, 2010, the date of the Initial Case Management Conference. The Court therefore continued the Case Management Conference to Friday, March 26, 2010.  *See* Court Docket, Document 25.

On March 5, 2010, Plaintiff Green Valley Corporation ("Green Valley") served the Caldo defendants with process by substituted service on their attorney, Gregg Garrison, who agreed to accept



-1-
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1  service on their behalf. Green Valley filed proof of such service on March 16, 2010. *See* Court Docket,
2  Document 26.

3  However, the Caldo defendants have not yet responded to Green Valley's First Amended
4  Complaint. (Their response is not due until March 26, 2010, the same day as the continued Case
5  Management Conference.) They also did not participate in drafting the Continued Joint Case
6  Management Statement, which Green Valley and Defendant Nella Oil Company ("Nella") jointly
7  drafted and which Green Valley filed on March 19, 2010. *See* Court Docket, Document 27.

8  Green Valley and Nella believe that the Continued Case Management Conference would be more
9  useful and effective if it were held *after* the Caldo defendants respond to the First Amended Complaint
10 and *after* they set forth their positions in a further Joint Case Management Statement.

11 **Stipulation**

12 Accordingly, Green Valley and Nella, through their attorneys of record, hereby stipulate to and
13 jointly request that the Case Management Conference currently set for Friday, March 26, 2010, be
14 continued for three weeks to Friday, April 16, 2010 (the time and place to remain the same: 10:30 a.m.
15 in Courtroom 3) or that it be continued to such other date and time as the Court may deem just and
16 proper. *See* Civil L.R. 16-2(e), 7-12.

17
18 SO STIPULATED:
   DATED: March 23, 2010                    PALADIN LAW GROUP® LLP
19
20                                          /s/
                                            _____
21                                          Brian R. Paget
                                            Counsel for Plaintiff
22                                          GREEN VALLEY CORPORATION

23
   DATED: March 23, 2010                    ARONOWITZ & SKIDMORE, INC.
24
25                                          /s/
                                            _____
26                                          Kathleen Cordova Lyon
                                            Counsel for Defendant
27                                          NELLA OIL COMPANY, LLC

28 / / /

1  **[Proposed] Order:**

2     The Case Management Conference set for March 26, 2010, is continued to April 16, 2010, at 10:30

3  a.m. in Courtroom 3.  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5     DATED:  March  24  , 2010

6     Case No. C 09-4028 JF                                   _____
                                                              Judge Jeremy Fogel
7                                                             U.S. District Court
                                                              Northern District of California