1 | Gregg S. Garrison (SBN 141653)
GARRISON LAW CORPORATION
2 | 161 Cortez Avenue
Half Moon Bay, CA 94019
3 | Telephone:    805.857.9300

4
Herman I. Kalfen (SBN 160592)
KALFEN LAW CORPORATION
5 | 1 Embarcadero Center, Suite 500
San Francisco, CA 94111
6 | Telephone:    415.315.1710

7
Attorneys for Defendants Caldo Oil Company, a California corporation; Victor J. LoBue, as an individual and as a Trustee of the Victor J. LoBue Trust; The Victor J. LoBue Trust

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GREEN VALLEY CORPORATION | ) | No. C 09-4028 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CHANGE** |
| | ) | **RESPONSE AND INITIAL** |
| v. | ) | **DISCLOSURES FILING** |
| | ) | **DEADLINE TO FRIDAY** |
| CALDO OIL COMPANY, et al., | ) | **JULY 16, 2010** |
| DOES 1 through 100, | ) | |
| | ) | |
| Defendants. | ) | |

Introduction

The parties stipulate to and jointly request a brief extension of the Defendant's Response and Initial Disclosures filing due date currently set for Monday June 28, 2010.

Why an Extension is Necessary

New data from current field investigations has just been obtained and this data will be used to prepare the Response and Initial Disclosures.

Stipulation

Concerning the pending Response and Initial Disclosures following the June 8, 2010 Order:

We agreed that the above Response and Initial Disclosures will be filed on or before Friday July 16, 2010.

That the above Stipulation does not affect the filing date of the Joint Case Management Conference Statement, due August 13, 2010 or the Hearing Date of the Case Management Conference set for August 20, 2010 at 10:30am.

**IT IS SO STIPULATED.**

BY:   GARRISON LAW CORPORATION

_____   DATED:   June 23, 2010.
Gregg S. Garrison
Attorney for Defendant Caldo Oil Company et al.,

_____   DATED:   June 28, 2010.
John R. Till
Attorney for Plaintiff Green Valley Corporation

[PROPOSED] ORDER

**IT IS HEREBY ORDERED** that, pursuant to the above Stipulation of the parties, the Defendant's Response and Initial Disclosures are due on or before Friday July 16, 2010.

_____   DATED:   6/30, 2010.
The Honorable Judge Jeremy Fogel     Case No. C09-4028 JF
US District Judge, Northern District of CA