**E-Filed: 08/18/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION, ) | Case No.: 09-cv-04028-LHK |
| ) | |
| Plaintiff, ) | ORDER RESETTING CASE |
| v. ) | MANAGEMENT CONFERENCE AND |
| ) | DEADLINE TO FILE JOINT CASE |
| CALDO OIL COMPANY, et al., ) | MANAGEMENT STATEMENT |
| ) | |
| Defendants. ) | [re: dkt. no. 44] |

Pursuant to the parties' stipulation, the Case Management Conference currently set for August 24, 2010, is continued to September 22, 2010, at 2 p.m. in Courtroom 4, 5th Floor. No later than September 15, 2010, the parties shall file a Joint Case Management Statement in compliance with Rule 26 of the Federal Rules of Civil Procedure and this Court's Standing Orders. Such Joint Case Management Statement shall also include the information requested in paragraph ten of the Court's August 2, 2010 Reassignment Order (Dkt. No. 42).

**IT IS SO ORDERED.**

Dated: August 18, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge