**E-Filed: 10/04/2010**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION, ) | Case No.: 09-cv-04028-LHK |
| Plaintiff, ) | ORDER REGARDING REASSIGNMENT TO A MAGISTRATE JUDGE |
| v. ) | |
| CALDO OIL COMPANY, et al., ) | |
| Defendants. ) | |

On September 30, 2010, the remaining parties to this action filed a Joint Case Management Statement indicating that all remaining parties would stipulate to proceed before a U.S. Magistrate Judge "for trial." The Court orders that the parties file a statement indicating whether or not they will consent to proceed before a U.S. Magistrate Judge for all purposes by 5:00 p.m. tomorrow, October 5, 2010. If the parties will so consent, this case will be referred to a U.S. Magistrate Judge for all purposes. If the parties do not consent to proceed before a Magistrate Judge for all purposes, the Case Management Conference is continued from October 6, 2010 to December 9, 2010, pursuant to the parties' request.

**IT IS SO ORDERED.**

Dated: October 4, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 09-cv-04028-LHK
ORDER REGARDING REASSIGNMENT TO A U.S. MAGISTRATE JUDGE