**E-Filed: 10/06/2010**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION, ) | Case No.: 09-cv-04028-LHK |
| ) | |
| Plaintiff, ) | ORDER REGARDING CASE |
| v. ) | MANAGEMENT STATEMENT |
| ) | |
| CALDO OIL COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On November 18, 2010, the parties shall file a Joint Case Management Statement with proposed case schedule including deadlines for discovery and expert discovery, dispositive motions, pretrial conference, trial, and estimated trial length. A further continuation of the Case Management Conference from December 9, 2010 will be disfavored.

**IT IS SO ORDERED.**

Dated:     10/06/ 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge