UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION, a California corporation, dba Barry Swenson Builder,<br><br>Plaintiff,<br><br>v.<br><br>CALDO OIL COMPANY, a California corporation; VICTOR J. LOBUE, an individual and as trustee of the Victor J. LoBue Trust; THE VICTOR J. LOBUE TRUST; NELLA OIL COMPANY, LLC, a California limited liability company; and DOES 1 through 100,<br><br>Defendants. | Case No.: 09-CV-04028-LHK<br><br>ORDER VACATING HEARING ON NELLA OIL COMPANY, LLC'S MOTION TO FIX ATTORNEYS' FEES AS AN ITEM OF COST |

Because this is a motion for attorneys' fees and any hearing would increase any potential fees awarded, this Court deems it suitable, pursuant to CIV. L.R. 7-1(b), to decide this motion without oral argument. Accordingly, the Court vacates the hearing set for December 9, 2010 at 1:30 P.M. on this matter. Nella Oil's motion to fix attorneys' fees as an item of cost pursuant to 42 U.S.C. § 6972(e) is submitted.

///

///

///

1

1    This, however, does not affect the case management conference set for December 9, 2010
2 at 1:30 P.M.
3 **IT IS SO ORDERED.**

5 Dated: December 6, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge