UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION, ) | Case No.: 09-CV-04028-LHK |
| Plaintiff, ) | |
| v. ) | ORDER REGARDING MEDATION |
| CALDO OIL COMPANY, et al., ) | |
| Defendants. ) | |

On December 17, 2010, pursuant to the parties' stipulation, this case was ordered to Court-sponsored mediation. *See* Dkt. No. 64. On January 28, 2011, the parties filed a stipulation asking that the Court remove the mediator appointed through the Court's Alternative Dispute Resolution (ADR) program, and appoint a different mediator. The mediator that the parties have indicated, William L. Nagle, is not available through the Court-sponsored mediation program. If the parties wish to mediate before Mr. Nagle, they must file a revised ADR process stipulation stating that they have selected private mediation. The Court will then remove the parties from Court-sponsored mediation, and the parties can mediate before the mediator of their choosing.

The parties are ordered to submit any revised ADR stipulation by February 4, 2011. If the parties wish to continue in Court-sponsored mediation, they must file a statement indicating this by February 4, 2011.

The previously-ordered mediation deadline of March 17, 2011 remains in place.

1

Case No.: 09-CV-04028-LHK
ORDER REGARDING MEDATION

1  **IT IS SO ORDERED.**

2  Dated: January 31, 2011

                              LUCY H. KOH
                              United States District Judge