UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION, a California corporation, dba Barry Swenson Builder,<br><br>        Plaintiff,<br><br>  v.<br><br>CALDO OIL COMPANY, a California corporation; VICTOR J. LOBUE, an individual and as trustee of the Victor J. LoBue Trust; THE VICTOR J. LOBUE TRUST; NELLA OIL COMPANY, LLC, a California limited liability company; and DOES 1 through 100,<br><br>        Defendants. | Case No.: 09-CV-04028-LHK<br><br>ORDER UPON STIPULATION BY PARTIES REQUESTING ADDITIONAL TIME TO COMPLETE MEDIATION – APRIL 13, 2011 MEDIATION COMPLETION DATE IS VACATED |

Counsel have met and conferred regarding ADR and have requested an Order upon Stipulation to vacate the current Mediation completion date to give the parties additional time to complete Mediation. Good cause appearing,

///

///

///

///

///

1

Case No.: 09-CV-04028-LHK
ORDER UPON STIPULATION BY PARTIES REQUESTING ADDITIONAL TIME TO COMPLETE MEDIATION – APRIL 13, 2011 MEDIATION COMPLETION DATE IS VACATED

**IT IS HEREBY ORDERED:**

The April 13, 2011 CMC is continued to April 21, 2011 at 1:30 P.M. The CMC will follow the April 21, 2011 hearing on the pending motions. The April 12, 2011 ADR completion date is hereby vacated. A new date for ADR completion will be set at the April 21, 2011 Case Management Conference.

Dated: March 24, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 09-CV-04028-LHK
ORDER UPON STIPULATION BY PARTIES REQUESTING ADDITIONAL TIME TO COMPLETE MEDIATION – APRIL 13, 2011 MEDIATION COMPLETION DATE IS VACATED