John R. Till      SBN 178763    jtill@paladinlaw.com
Bret A. Stone    SBN 190161    bstone@paladinlaw.com
Brian R. Paget   SBN 168694    bpaget@paladinlaw.com
Paladin Law Group® LLP
1176 Boulevard Way
Walnut Creek, California 94595
Phone: (925) 947-5700
Fax: (925) 935-8488

Counsel for Plaintiff
GREEN VALLEY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CALDO OIL COMPANY; VICTOR J. LOBUE; THE VICTOR J. LOBUE TRUST; and DOES 1–100,<br><br>    Defendants. | No. 09-CV-04028-LHK<br><br>STIPULATION AND [PROPOSED] ORDER WITHDRAWING DEFENDANTS' TWO "CROSS COMPLAINTS" AND PLAINTIFF'S MOTION TO STRIKE THEM |

  IT IS HEREBY STIPULATED by and between the parties to this action through their designated attorneys of record that, based upon defendants' filing of their Motion for Leave to File Counter Claim Against Green Valley Corporation and to File 3rd Party Complaint Against AEI Consultants; All Environmental, Inc., filed 3-14-11, Dkt. No. 74, and the representations made by defendants in their Opposition to Green Valley's Motion to Strike Two Cross Complaints, filed 3-14-11, Dkt. No. 75, at 2:13-27:

- Defendants' two Cross Complaints, filed 2-10-11, Dkt. Nos. 70, 71, shall be withdrawn so as to render them inoperative as pleadings; and

- Plaintiff's Motion to Strike Defendants' Two "Cross Complaints," filed 3-3-11, Dkt. No. 72, shall be withdrawn as moot.

/ / /

1    IT IS FURTHER STIPULATED by and between the parties to this action through their designated attorneys of record that, with the withdrawal of Plaintiff's Motion to Strike Defendants' Two "Cross Complaints," the hearing on said motion currently set for April 21, 2011 at 1:30 p.m. in Courtroom 4, shall be taken off calendar.[1]

IT IS SO STIPULATED:

DATED: April 7, 2011            PALADIN LAW GROUP® LLP

/s/
_____
Brian R. Paget
Counsel for Plaintiff
GREEN VALLEY CORPORATION

DATED: April 7, 2011            GARRISON LAW CORPORATION

/s/
_____
Gregg Garrison
Counsel for Defendants
CALDO OIL COMPANY,
VICTOR LOBUE and THE
VICTOR LOBUE TRUST

IT IS SO ORDERED:

DATED:  April 7, 2011

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

---

[1] The Further Case Management Conference and the hearing on Caldo Oil Company's Motion for Leave to File Counter Claim Against Green Valley Corporation and to File 3rd Party Complaint Against AEI Consultants; All Environmental, Inc., *remain on calendar* for April 21, 2011, at 1:30 p.m. in Courtroom 4. *See* Dkt. Nos. 74, 78, 79.

