UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION, | Case No.: 09-CV-04028-LHK |
| Plaintiff, | |
| v. | |
| CALDO OIL COMPANY, et al., | ORDER DENYING REQUESTED EXTENSION OF DEADLINES |
| Defendants. | |

The parties' request to extend the trial date, discovery deadline, and deadline for designation of experts is DENIED. This case has been pending for nearly two years. The parties have not provided an adequate basis for the Court to extend the deadlines first set at the December 9, 2010 Case Management Conference.

**IT IS SO ORDERED.**

Dated: July 29, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-04028-LHK
ORDER DENYING REQUESTED EXTENSION OF DEADLINES