UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GREEN VALLEY CORPORATION, a California corporation, dba Barry Swenson Builder, | ) ) ) ) | Case No.: 09-CV-04028-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | MINUTE ORDER AND FURTHER CASE MANAGEMENT ORDER |
| CALDO OIL COMPANY, a California corporation; VICTOR J. LOBUE, an individual and as trustee of the Victor J. LoBue Trust; THE VICTOR J. LOBUE TRUST; NELLA OIL COMPANY, LLC, a California limited liability company; and DOES 1 through 100, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Clerk:  Martha Parker Brown         Plaintiff Attorney: John Richard Till, Brian Paget
Reporter:  Lee Anne Shortridge      Defendants Attorney: Herman Kalfen
                                    Third Party Defendants Attorney: Andrew M. Smith

A case management conference was held on August 11, 2011.

By Tuesday, August 16, 2011, Plaintiff shall submit a declaration, signed under penalty of perjury by both Barry Swenson or another Green Valley employee with personal knowledge *and* attorney John Till, with the following information:

- Whether any logs regarding discovery of contamination at 2266 Senter Road, San Jose, California, 95112 ("the Property") have ever been created, maintained, reviewed, destroyed, or misplaced by anyone working for Plaintiff Green Valley Corporation.  If any such documents exist, they shall be produced by August 18, 2011.

- Whether all documents relating to efforts to sell the Property have been produced.  If any such documents have yet to be produced, they shall be produced by August 18, 2011.

- Whether any documents exist or ever existed relating to discovery of pollution in placement of footings on the Property.  If such documents exist, they shall be produced by August 18, 2011.

- When anyone at Green Valley Corporation, including Barry Swenson, first learned about the case number 109CV155976 pending in the Superior Court of Santa Clara County.

The Case schedule was amended as set forth below.

ADR DEADLINE: The deadline for completion of private mediation is September 21, 2011.

DISCOVERY PLAN: Per Fed. R. Civ. Pro. and Local Rules.

DESIGNATION OF EXPERTS: August 5, 2011.

Case No.: 09-CV-04028-LHK
MINUTE ORDER AND FURTHER CASE MANAGEMENT ORDER

DEADLINE FOR PRODUCTION OF DEFENDANT AND THIRD PARTY DEFENDANT'S EXPERT REPORTS: August 15, 2011 at 9 a.m., to be hand-served to Plaintiff

DEADLINE FOR DEFENDANT AND THIRD PARTY DEFENDANT'S REBUTTAL EXPERT REPORTS: August 19, 2011

DEADLINE FOR PLAINTIFF'S REBUTTAL EXPERT REPORTS: September 12, 2011

FACT DISCOVERY CUTOFF is September 23, 2011.

EXPERT DISCOVERY CUTOFF is September 26, 2011

DISPOSITIVE MOTIONS shall be filed by September 29, 2011 and are set for hearing on November 8, 2011 at 1:30 P.M.

FURTHER CASE MANAGEMENT CONFERENCE is set to follow the November 8, 2011 hearing on dispositive motions. If no dispositive motions are filed, the CMC will go forward.

PRETRIAL CONFERENCE DATE is December 14, 2011 at 2:00 P.M.

JURY TRIAL DATE is January 23, 2012 at 9:00 A.M. in courtroom 4, 5th floor.

TRIAL LENGTH is estimated to be 10 days.

No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: August 12, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 09-CV-04028-LHK
MINUTE ORDER AND FURTHER CASE MANAGEMENT ORDER