UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GREEN VALLEY CORPORATION, | ) | Case No.: 09-cv-04028-LHK |
| | ) | |
| Plaintiff, | ) | SCHEDULING ORDER |
| v. | ) | |
| | ) | |
| CALDO OIL COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court hereby sets the following new pretrial deadlines:

    Expert Discovery Cut-off: September 30, 2011

    Fact Discovery Cut-off: October 13, 2011

    Deadline to File Dispositive Motions: October 13, 2011

    Dispositive Motions Hearing & Further Case Management Conference: November 17, 2011 at 1:30 PM.

The following dates remain as set:

    Final Pretrial Conference: December 14, 2011 at 2:00 PM

    Jury Trial Date: January 23, 2012 at 9:00 AM, in courtroom 8, 4th floor.

**IT IS SO ORDERED.**

Dated: August 23, 2011

_____
LUCY H. KOH
United States District Judge