John R. Till    SBN 178763     JTill@PaladinLaw.com
Bret A. Stone    SBN 190161     BStone@PaladinLaw.com
Brian R. Paget   SBN 168694     BPaget@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, California 94595
Telephone: (925) 947-5700
Facsimile: (925) 935-8488

Counsel for Plaintiff
GREEN VALLEY CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| GREEN VALLEY CORPORATION,<br><br>               Plaintiff,<br><br>vs.<br><br>CALDO OIL COMPANY, *et al.*,<br><br>               Defendants.<br><br>AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | Case No. 09-CV-04028-LHK<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON MOTION *IN LIMINE* NO. 2 (Dkt. Nos. 135, 136)<br><br>CIV. L.R. 6-3    AS MODIFIED |
|---|---|

    Plaintiff Green Valley Corporation ("Plaintiff") moves this Court to shorten time for briefing and hearing on Plaintiff's Motion in Limine No. 2 to Exclude Defendants' Expert, David Hoexter, *see* Dkt. Nos. 135 & 136, pursuant to Civil Local Rule 6-3.

    Having considered the papers filed in support of and in opposition, if any, to the motion to shorten time, and good cause appearing, the Court rules as follows:

    The Court finds: (1) the underlying motion *in limine* presents a single, discrete issue that can be briefed quickly and easily; (2) with the expert discovery cutoff date of September 30, 2011 fast approaching, Plaintiff needs a quick decision on its motion *in limine* so that, if the motion *in limine* is granted, Plaintiff will be able to avoid the time and expense of taking David Hoexter's deposition; and (3) shortening time as requested will not prejudice the parties or adversely affect the case schedule.



1  Therefore, the Court hereby GRANTS Plaintiff's motion to shorten time.

2  Defendants Caldo Oil Company, Victor J. LoBue, The Victor J. LoBue Trust, The LoBue Living

3  Trust, The LoBue Family Trust, The Estate of Salvadore R. LoBue, Deceased, and The Estate of Tanie

4  Ann LoBue, Deceased shall have until Tuesday, September 13, 2011 to file its opposition to the motion

5  *in limine.*

6  Plaintiff shall have until Wednesday, September 14, 2011 to file its reply, if any, in support of its

7  motion *in limine.*

8  The Court sets no hearing date at this time and will attempt to resolve this issue on the papers.

10

11  IT IS SO ORDERED.

12  DATED: September 12, 2011

13  _____
    LUCY H. KOH
14  UNITED STATES DISTRICT JUDGE

    (Case No. 09-CV-04028-LHK)

