John R. Till   SBN 178763   JTill@PaladinLaw.com
Bret A. Stone   SBN 190161   BStone@PaladinLaw.com
Brian R. Paget   SBN 168694   BPaget@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, California 94595
Telephone: (925) 947-5700
Facsimile:  (925) 935-8488

Counsel for Plaintiff
GREEN VALLEY CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CALDO OIL COMPANY, *et al.*,<br><br>Defendants.<br><br>AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | Case No. 09-CV-04028-LHK<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON MOTION *IN LIMINE* NO. 2 **(Dkt. Nos. 135, 136)**<br><br>CIV. L.R. 6-3   AS MODIFIED |

Plaintiff Green Valley Corporation ("Plaintiff") moves this Court to shorten time for briefing and hearing on Plaintiff's Motion in Limine No. 2 to Exclude Defendants' Expert, David Hoexter, *see* Dkt. Nos. 135 & 136, pursuant to Civil Local Rule 6-3.

Having considered the papers filed in support of and in opposition, if any, to the motion to shorten time, and good cause appearing, the Court rules as follows:

The Court finds: (1) the underlying motion *in limine* presents a single, discrete issue that can be briefed quickly and easily; (2) with the expert discovery cutoff date of September 30, 2011 fast approaching, Plaintiff needs a quick decision on its motion *in limine* so that, if the motion *in limine* is granted, Plaintiff will be able to avoid the time and expense of taking David Hoexter's deposition; and (3) shortening time as requested will not prejudice the parties or adversely affect the case schedule.



Therefore, the Court hereby GRANTS Plaintiff's motion to shorten time.

Defendants Caldo Oil Company, Victor J. LoBue, The Victor J. LoBue Trust, The LoBue Living Trust, The LoBue Family Trust, The Estate of Salvadore R. LoBue, Deceased, and The Estate of Tanie Ann LoBue, Deceased shall have until Tuesday, September 13, 2011 to file its opposition to the motion *in limine.*

Plaintiff shall have until Wednesday, September 14, 2011 to file its reply, if any, in support of its motion *in limine.*

The Court sets no hearing date at this time and will attempt to resolve this issue on the papers.

IT IS SO ORDERED.

DATED: September 12, 2011

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

(Case No. 09-CV-04028-LHK)

