Gregg S. Garrison (SBN 141653)
GARRISON LAW CORPORATION
161 Cortez Avenue
Half Moon Bay, CA 94019
Telephone: 805.857.9300

Herman I. Kalfen (SBN 160592)
KALFEN LAW CORPORATION
1 Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: 415.315.1710

Attorneys for Defendants Caldo Oil Company, a California corporation; Victor J. Lobue, as an individual and as a Trustee of the Victor J. LoBue Trust; The Victor J. LoBue Trust

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>NELLA OIL COMPANY, LLC, A California limited liability company, et al., DOES 1 through 100,<br><br>Defendants. | Case No. C 09-CV-04028 LHK<br><br>STIPULATION TO WITHDRAW DAVID HOEXTER AS EXPERT WITNESS<br><br>Fed. R. Civ.P. 30(b)(6)<br><br>*Assigned to the Honorable Lucy H. Koh*<br>*Assigned to Magistrate Judge Paul Singh Grewal for all discovery purposes* |
| AND ALL RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS | Action Filed: August 31, 2009<br>Trial date: January 23, 2012 |

The parties to this action, by and through their attorneys of record, hereby stipulate that Caldo Oil Company, Inc and the Caldo defendants hereby withdraw David Hoexter as expert witness.

RESPECTFULLY SUBMITTED:



GARRISON LAW CORPORATION
161 Cortez Avenue
Half Moon Bay, CA 94019
650-726-1111

By: GARRISON LAW CORPORATION

Dated: 9-13-2011

/s/ Gregg S. Garrison

Gregg S. Garrison, attorney for Caldo Oil Company, a California corporation; Victor J. LoBue, as an individual and as a Trustee of the Victor J. LoBue Trust; The Victor J. LoBue Trust

Dated: 9-13-2011

/s/ Brian R. Paget

Brian R. Paget, attorney for GREEN VALLEY CORPORATION , a California Corporation, dba Barry Swenson Builder

Dated: 9-13-11

Andrew Smith, attorney for ALL ENVIRONMENTAL , a California Corporation; Peter McIntyre

GARRISON LAW CORPORATION
161 Cortez Avenue
Half Moon Bay, CA 94019
650-726-1111

**IT IS HEREBY ORDERED:**

**David Hoexter is hereby withdrawn and excluded as Expert Witness in this action.**

DATED: _September 15, 2011

LUCY H. KOH
United States District Judge