1  Gregg S. Garrison (SBN 141653)
   GARRISON LAW CORPORATION
2  161 Cortez Avenue
   Half Moon Bay, CA 94019
3  Telephone:   805.857.9300

4
   Herman I. Kalfen (SBN 160592)
5  KALFEN LAW CORPORATION
   1 Embarcadero Center, Suite 500
6  San Francisco, CA 94111
   Telephone:   415.315.1710
7
8  Attorneys for Defendants Caldo Oil Company, a California corporation; Victor J. Lobue, as an individual and as a Trustee of the Victor J. LoBue Trust; The Victor J. LoBue Trust

9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13  GREEN VALLEY CORPORATION          )   Case No. C 09-CV-04028 LHK
                                      )
14           Plaintiff,                )   STIPULATION TO WITHDRAW
                                      )   DAVID HOEXTER AS EXPERT
15      v.                             )   WITNESS
                                      )
16                                    )
    NELLA OIL COMPANY, LLC, A         )
17  California limited liability company, et al., )   Fed. R. Civ.P. 30(b)(6)
    DOES 1 through 100,                )
18                                    )   *Assigned to the Honorable Lucy H. Koh*
             Defendants.               )   *Assigned to Magistrate Judge Paul Singh*
19                                    )   *Grewal for all discovery purposes*
                                      )
20                                    )   Action Filed:   August 31, 2009
    AND ALL RELATED COUNTER,          )   Trial date:     January 23, 2012
21  CROSS AND THIRD PARTY CLAIMS      )
                                      )
22

23
    The parties to this action, by and through their attorneys of record, hereby stipulate that Caldo Oil
24
    Company, Inc and the Caldo defendants hereby withdraw David Hoexter as expert witness.
25

26  RESPECTFULLY SUBMITTED:
27

28
                                         -1-
    **Stipulation and Order Withdrawing David Hoexter as Expert Witness**

By:    GARRISON LAW CORPORATION

Dated: 9-13-2011

/s/ Gregg S. Garrison
Gregg S. Garrison, attorney for Caldo Oil Company, a California corporation; Victor J. LoBue, as an individual and as a Trustee of the Victor J. LoBue Trust; The Victor J. LoBue Trust

Dated: 9-13-2011

/s/ Brian R. Paget
Brian R. Paget, attorney for GREEN VALLEY CORPORATION, a California Corporation, dba Barry Swenson Builder

Dated: 9-13-11

Andrew Smith, attorney for ALL ENVIRONMENTAL, a California Corporation; Peter McIntyre

**IT IS HEREBY ORDERED:**

**David Hoexter is hereby withdrawn and excluded as Expert Witness in this action.**

DATED:  September 15, 2011

LUCY H. KOH
United States District Judge