OCT 07 2011

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

GREEN VALLEY CORPORATION,

Plaintiff,

vs.

CALDO OIL COMPANY, a California corporation; et al.;

Defendants.

AND ALL RELATED COUNTER, CROSS, AND THIRD PARTY CLAIMS.

Case No. 09-CV-04028-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Robert L. Graff, whose business address and telephone number is Meagher & Geer, P.L.L.P., 33 South Sixth Street, Suite 4400, Minneapolis, Minnesota 55402, (612) 338-0661, and who is an active member in good standing of the bar of Minnesota having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing non-party Federated Mutual Insurance Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 14, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

~~(Proposed)~~ Order Granting Application for Admission of Attorney *Pro Hac Vice*

Case No. 09-CV-4028 LHK

1