IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN VALLEY CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>CALDO OIL COMPANY, a California Corporation, *et al,*<br><br>  Defendant. | CASE NO. 09-CV-04028-LHK<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Meghann L. Smith (SBN 24054900) whose business address and telephone number is 3262 Westheimer, Suite 104.  Houston Texas, 77098, Phone: (832) 477-2405, Fax: (832) 327-5224, having applied who is an active member in good standing of the State Bar of Texas and the U.S. District Court, Southern District of Texas, and having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Caldo Oil Company, *et al.*

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice. Service* of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in thiaction are subject to the requirements contained in the General Order No. 45, *Electronic Case Filing.*

Dated:   Qevqdgt"36."4233

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE