# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION, ) | Case No.: 09-cv-04028-LHK |
| ) | |
| Plaintiff, ) | ORDER REGARDING NOTICE OF |
| v. ) | SETTLEMENT |
| ) | |
| CALDO OIL COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties filed a notice of settlement on December 9, 2011, but did not indicate when they anticipate filing a stipulated dismissal. ECF No. 238. The parties shall file a stipulated dismissal by Monday December 12, 2011. If the parties do not do so by December 12, 2011, the Court will need to issue the rulings on the pending motions for summary judgment prior to the December 14, 2011 pretrial conference.

**IT IS SO ORDERED.**

Dated: December 9, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 09-cv-04028-LHK
ORDER REGARDING NOTICE OF SETTLEMENT