1  John R. Till    SBN 178763    jtill@paladinlaw.com
   Bret A. Stone   SBN 190161    bstone@paladinlaw.com
2  Brian R. Paget  SBN 168694    bpaget@paladinlaw.com
   Paladin Law Group® LLP
3  1176 Boulevard Way
   Walnut Creek, California 94595
4  Phone: (925) 947-5700
   Fax: (925) 935-8488
5
   Counsel for Plaintiff
6  GREEN VALLEY CORPORATION

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  GREEN VALLEY CORPORATION, a          No. 09-CV-04028-LHK
    California corporation, dba Barry Swenson
13  Builder,                             STIPULATION AND [PROPOSED]
                                         ORDER OF DISMISSAL
14              Plaintiff,
                                         FED. R. CIV. P. 41(a)(2)
15  v.
                                         Action filed: August 31, 2009
16  CALDO OIL COMPANY, a California      Trial date: January 23, 2011
    corporation; VICTOR J. LOBUE, as an
17  individual and as trustee of the Victor J. LoBue
    Trust, the LoBue Living Trust and the LoBue   AS MODIFIED BY THE COURT
18  Family Trust; THE VICTOR J. LOBUE
    TRUST; THE LOBUE LIVING TRUST; THE
19  LOBUE FAMILY TRUST; THE ESTATE OF
    SALVADORE R. LOBUE, DECEASED; THE
20  ESTATE OF TANIE ANN LOBUE,
    DECEASED; and DOES 1 through 100,
21
                Defendants.
22

23
    AND RELATED COUNTERCLAIMS, THIRD
24  PARTY CLAIMS AND CROSSCLAIMS.

25

26

27



28

1

STIPULATION OF DISMISSAL

2      All parties to this action, including Plaintiff Green Valley Corporation ("Green Valley"),

3   Defendants Caldo Oil Company, Victor J. LoBue, the Victor J. LoBue Trust, the LoBue Living Trust,

4   the LoBue Family Trust, the Estate of Salvadore R. LoBue, Deceased, and the Estate of Tanie Ann

5   LoBue, Deceased (collectively, "Caldo"), and Third-Party Defendants All Environmental, Inc. and Peter

6   McIntyre (collectively, "AEI"), have settled this action. *See* Notice of Settlement, filed Dec. 9, 2011,

7   Dkt. No. 238.   A true and correct copy of the Settlement Agreement, which the parties agree is

8   enforceable, is attached hereto as Exhibit A.

9      It is hereby stipulated by and between Green Valley, Caldo and AEI, through their designated

10   attorneys of record, that this action shall be dismissed as set forth herein with mutual waivers of costs,

11   including attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(2).   William Nagle is

12   empowered by the parties to enforce the Settlement Agreement, including, in particular, to determine

13   if a party (or its consultant) is not acting in good faith to expedite the site closure and regarding whether

14   liquidated damages are thus not applicable.

15      Green Valley, Caldo and AEI wish to retain the Court's jurisdiction to enforce their Settlement

16   Agreement and, therefore, respectfully request that the Court incorporate the Settlement Agreement into

17   its Order of Dismissal.  "Parties who wish to retain the court's jurisdiction to enforce their settlement

18   agreement may do so . . . *by incorporating the terms* of the settlement agreement in the order of

19   dismissal. In [that] event, breach of the settlement agreement violates the court's order, thereby creating

20   *ancillary jurisdiction* to enforce the agreement." *See* CAL. PRAC. GUIDE: FED. CIV. PRO. BEFORE TRIAL,

21   Ch. 15-C, § 15:141.1 (The Rutter Group 2011) (emphasis in original) (*citing Kokkonen v. Guardian*

22   *Life Ins. Co. of America,* 511 U.S. 375, 381 (1994), *Hagestad v. Tragesser,* 49 F.3d 1430, 1432 (9th

23   Cir. 1995), *and Hill v. Baxter Healthcare Corp.,* 405 F.3d 572, 576-577 (7th Cir. 2005)).  "[T]he court

24   clearly has ancillary jurisdiction to enforce its own orders and decrees. . . .  Therefore, to the extent the

25   settlement is embodied in the judgment, the court can enforce it by execution and by contempt proceed-

26   ings in appropriate cases." *Id.,* § 15:141.18 (*citing TNT Marketing, Inc. v. Agresti,* 796 F.2d 276, 278

27   (9th Cir. 1986)).

28      IT IS SO STIPULATED.

1      By signing below, counsel certify that they have the authority to bind, and are binding, the party

2  or parties that they are signing on behalf of.

3

4  DATED:  December 16, 2011         PALADIN LAW GROUP® LLP

5

6                                          John R. Till
                                        Counsel for Plaintiff

7                                          GREEN VALLEY CORPORATION

8  DATED:  December 16, 2011         GARRISON LAW CORPORATION

9

10                                            Gregg Garrison
                                        Counsel for Defendants

11                                            CALDO OIL COMPANY, VICTOR J.
                                        LOBUE, THE VICTOR J. LOBUE TRUST,

12                                          THE LOBUE LIVING TRUST, THE LOBUE
                                        FAMILY TRUST, THE ESTATE OF

13                                          SALVADORE R. LOBUE, DECEASED, and
                                        THE ESTATE OF TANIE ANN LOBUE,

14                                          DECEASED

15  DATED:  December 16, 2011         WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP

16

17                                          Andrew Smith
                                        Counsel for Third-Party Defendants

18                                          ALL ENVIRONMENTAL INC.

19                                          and PETER MCINTYRE

20                           ORDER OF DISMISSAL

21      The Court orders that this action shall be and hereby is dismissed with prejudice, with mutual

22  waivers of costs, including attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(2) and

23  pursuant to the parties' Settlement Agreement, *see* Exhibit A, which the Court incorporates herein and

24  retains jurisdiction to enforce.  The Clerk shall close the file.

25  IT IS SO ORDERED.

26  DATED:  December 16, 2011

27                                          LUCY H. KOH
                                        United States District Judge

28



IT IS SO ORDERED
AS MODIFIED
*Lucy H. Koh*
Judge Lucy H. Koh

Case No. 09-CV-04028-LHK

STIPULATION AND ORDER OF DISMISSAL