John R. Till    SBN 178763    jtill@paladinlaw.com
Bret A. Stone   SBN 190161    bstone@paladinlaw.com
Brian R. Paget  SBN 168694    bpaget@paladinlaw.com
Paladin Law Group® LLP
1176 Boulevard Way
Walnut Creek, California 94595
Phone: (925) 947-5700
Fax: (925) 935-8488

Counsel for Plaintiff
GREEN VALLEY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION, a California corporation, dba Barry Swenson Builder,<br><br>Plaintiff,<br><br>v.<br><br>CALDO OIL COMPANY, a California corporation; VICTOR J. LOBUE, as an individual and as trustee of the Victor J. LoBue Trust, the LoBue Living Trust and the LoBue Family Trust; THE VICTOR J. LOBUE TRUST; THE LOBUE LIVING TRUST; THE LOBUE FAMILY TRUST; THE ESTATE OF SALVADORE R. LOBUE, DECEASED; THE ESTATE OF TANIE ANN LOBUE, DECEASED; and DOES 1 through 100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, THIRD PARTY CLAIMS AND CROSSCLAIMS. | No. 09-CV-04028-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Fed. R. Civ. P. 41(a)(2)<br><br>Action filed: August 31, 2009<br>Trial date: January 23, 2011<br><br>AS MODIFIED BY THE COURT |



|   |   |
|---|---|
| 1 | STIPULATION OF DISMISSAL |

2   All parties to this action, including Plaintiff Green Valley Corporation ("Green Valley"), Defendants Caldo Oil Company, Victor J. LoBue, the Victor J. LoBue Trust, the LoBue Living Trust, the LoBue Family Trust, the Estate of Salvadore R. LoBue, Deceased, and the Estate of Tanie Ann LoBue, Deceased (collectively, "Caldo"), and Third-Party Defendants All Environmental, Inc. and Peter McIntyre (collectively, "AEI"), have settled this action. *See* Notice of Settlement, filed Dec. 9, 2011, Dkt. No. 238. A true and correct copy of the Settlement Agreement, which the parties agree is enforceable, is attached hereto as Exhibit A.

It is hereby stipulated by and between Green Valley, Caldo and AEI, through their designated attorneys of record, that this action shall be dismissed as set forth herein with mutual waivers of costs, including attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(2). William Nagle is empowered by the parties to enforce the Settlement Agreement, including, in particular, to determine if a party (or its consultant) is not acting in good faith to expedite the site closure and regarding whether liquidated damages are thus not applicable.

Green Valley, Caldo and AEI wish to retain the Court's jurisdiction to enforce their Settlement Agreement and, therefore, respectfully request that the Court incorporate the Settlement Agreement into its Order of Dismissal. "Parties who wish to retain the court's jurisdiction to enforce their settlement agreement may do so . . . *by incorporating the terms* of the settlement agreement in the order of dismissal. In [that] event, breach of the settlement agreement violates the court's order, thereby creating *ancillary jurisdiction* to enforce the agreement." *See* CAL. PRAC. GUIDE: FED. CIV. PRO. BEFORE TRIAL, Ch. 15-C, § 15:141.1 (The Rutter Group 2011) (emphasis in original) (*citing Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381 (1994), *Hagestad v. Tragesser,* 49 F.3d 1430, 1432 (9th Cir. 1995), *and Hill v. Baxter Healthcare Corp.,* 405 F.3d 572, 576-577 (7th Cir. 2005)). "[T]he court clearly has ancillary jurisdiction to enforce its own orders and decrees. . . . Therefore, to the extent the settlement is embodied in the judgment, the court can enforce it by execution and by contempt proceedings in appropriate cases." *Id.,* § 15:141.18 (*citing TNT Marketing, Inc. v. Agresti,* 796 F.2d 276, 278 (9th Cir. 1986)).

IT IS SO STIPULATED.

By signing below, counsel certify that they have the authority to bind, and are binding, the party or parties that they are signing on behalf of.

DATED: December 16, 2011            PALADIN LAW GROUP® LLP

                                    _____
                                    John R. Till
                                    Counsel for Plaintiff
                                    GREEN VALLEY CORPORATION

DATED: December 16, 2011            GARRISON LAW CORPORATION

                                    _____
                                    Gregg Garrison
                                    Counsel for Defendants
                                    CALDO OIL COMPANY, VICTOR J.
                                    LOBUE, THE VICTOR J. LOBUE TRUST,
                                    THE LOBUE LIVING TRUST, THE LOBUE
                                    FAMILY TRUST, THE ESTATE OF
                                    SALVADORE R. LOBUE, DECEASED, and
                                    THE ESTATE OF TANIE ANN LOBUE,
                                    DECEASED

DATED: December 16, 2011            WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP

                                    _____
                                    Andrew Smith
                                    Counsel for Third-Party Defendants
                                    ALL ENVIRONMENTAL INC.
                                    and PETER MCINTYRE

## ORDER OF DISMISSAL

The Court orders that this action shall be and hereby is dismissed with prejudice, with mutual waivers of costs, including attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(2) and pursuant to the parties' Settlement Agreement, see Exhibit A, which the Court incorporates herein and retains jurisdiction to enforce. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: December 16, 2011            _____
                                    LUCY H. KOH
                                    United States District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Lucy H. Koh