UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG NGUYEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALDO OIL COMPANY, et al.,<br><br>　　　　Defendants. | Case No.15-cv-02296-NC<br><br>**SUA SPONTE JUDICIAL REFERENCE FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Lucy H. Koh to determine whether it is related to *Green Valley Corp. v. Caldo Oil Co., et al.*, Case No. 09-cv-04028-LHK.

**IT IS SO ORDERED.**

Dated: May 22, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.:15-cv-02296-NC